O
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS URIBE,<br><br>Defendant. | Case No. 2:21-cv-09063-ODW (MAAx)<br><br>**JUDGMENT** |

### JUDGMENT

In light of the Court's Order **GRANTING** Plaintiff's Motion for Default Judgment, (*see* Order, ECF No. 29), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and over the parties;

2. The Complaint for Forfeiture states a claim for relief pursuant to the Communications Act of 1934, 47 U.S.C. § 504(a), wherein Plaintiff United States of America (the "Government") seeks recovery of a $15,000 monetary forfeiture penalty against Defendant Juan Carlos Uribe;

3. Notice of this action has been given in the manner required by law, Uribe has not filed an answer to the Complaint and has not otherwise appeared in this action, and the Court deems Uribe to have admitted as true the allegations in the Complaint for Forfeiture;

4. A default judgment shall be and hereby is entered against Uribe in the amount of $15,000;

5. Uribe shall forfeit the $15,000 monetary penalty to the Government, which shall dispose of such funds in the manner required by law; and

6. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 9, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**